IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

THOMAS JERRY THEBO, JR.,

        Appellant,

                                          Case No.  5D22-1779
 v.                                    LT Case No. 2022-CF-00092

STATE OF FLORIDA,

        Appellee.
_____/

Decision filed February 21, 2023

Appeal from the Circuit Court
for St. Johns County,
R. Lee Smith, Judge.

Matthew J. Metz, Public Defender,
and George D.E. Burden, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., EVANDER and EISNAUGLE, JJ., concur.